UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORI B. GANS, individually and on behalf )
of a class of persons similarly situated, )
                                          )
            Plaintiffs,                   )   C.A. No. 04-10595-RGS
v.                                        )
                                          )
CHASE MANHATTAN AUTOMOTIVE                )
FINANCE CORP. and CHASE                   )
MANHATTAN SERVICE                         )
CORPORATION,                              )
                                          )
            Defendants.                   )

### AFFIDAVIT OF JOSEPH M. MAKALUSKY REGARDING SERVICE OF PROCESS ON DEFENDANT CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. PURSUANT TO FED. R. CIV. P. 4

I, Joseph M. Makalusky, Esq., under the pains and penalties of perjury, state as follows:

1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, BBO No. 631240. I am an associate of the firm Ellis & Rapacki LLP, counsel for Plaintiffs in the above-captioned civil action.

2. On March 29, 2004, I caused the Summons and copies of the Class Action Complaint and Demand for Jury Trial, Civil Action Cover Sheet and Case Description in the above-captioned civil action to be served on defendant Chase Manhattan Automotive Finance Corp. by certified mail, return receipt requested No. 7000 1530 0005 3885 8656, to effectuate service pursuant to the Massachusetts Long-Arm Statute. Said documents were sent to Mr. Norman Buchan, defendant Chase Manhattan Automotive Finance Corp.'s President.

3. Attached hereto as Exhibit A is the original return receipt No. 7000 1530 0005 3885 8656 reflecting that defendant Chase Manhattan Automotive Finance Corp. received said Summons, Class Action Complaint and Demand for Jury Trial, Civil Action Cover Sheet and Case Description in the above-captioned civil action on April 1, 2004.

Signed and sworn under the penalties of perjury this 5$^h$ day of April, 2004.

Joseph M. Makalusky, BBO #631240
Ellis & Rapacki LLP
85 Merrimac Street
Suite 500
Boston, MA 02114
(617) 523-4800

Date: April 5, 2004

## CERTIFICATE OF SERVICE

I, Joseph M. Makalusky, hereby certify that a true copy of the above document was served upon Defendant, Chase Manhattan Automotive Finance Corp., by first class mail on this 5th day of April, 2004, addressed as follows:

Mr. Norman Buchan
President
Chase Manhattan Automotive Finance Corporation
900 Stewart Avenue
Garden City, N.Y. 11530

                                                                                     Joseph M. Makalusky

Date: April 5, 2004