UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION and CHASE MANHATTAN SERVICE CORPORATION,<br><br>    Defendants. | C.A. No. 04-10595-RGS |

### DEFENDANTS' ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendants Chase Manhattan Automotive Finance Corporation and Chase Manhattan Service Corporation hereby request that the Court enlarge the period of time in which they must answer or otherwise respond to the Complaint filed in the above-captioned matter by thirty (30) days, from April 21, 2004, up through and including May 20, 2004. In support of this motion, defendants state that the undersigned counsel was recently retained and requires additional time to prepare defendants' answer or other response.

### LOCAL RULE 7.1(A)(2) CERTIFICATE

Plaintiff, through her counsel, assents to the enlargement of time requested herein.

BOS-671299 v1 0950000-0102

Respectfully submitted,

CHASE MANHATTAN AUTOMOTIVE
FINANCE CORPORATION and
CHASE MANHATTAN SERVICE
CORPORATION,

By their attorneys,

R. Bruce Allensworth, BBO# 015820
(ballensworth@kl.com)
Andrew C. Glass, BBO# 638362
(aglass@kl.com)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, Massachusetts 02109
(617) 261-3100

Dated: April 20, 2004

## CERTIFICATE OF SERVICE

I, Andrew C. Glass, hereby certify that on April 20, 2004, a true and accurate copy of the foregoing Defendants' Assented-to Motion for Enlargement of Time in which to Answer or Otherwise Respond to the Complaint was delivered by hand to plaintiff's counsel.

_____
Andrew C. Glass

# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

April 20, 2004

Andrew C. Glass
617.261.3107
Fax: 617.261.3175
aglass@kl.com

**BY HAND**

Clerk for Civil Business
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

Re:   Lori B. Gans v. Chase Manhattan Automotive Finance Corporation, et al.
      C.A. No. 04-10595-RGS

Dear Sir/Madam:

Enclosed for filing and docketing please find:

1. Defendants' Assented-to Motion for Enlargement of Time in which to Answer or Otherwise Respond to the Complaint;

2. Notice of Appearance of R. Bruce Allensworth and Andrew C. Glass for defendants; and

3. Defendants' Corporate Disclosure Statement.

Please date-stamp the enclosed copy of this letter and return it with our messenger.

Thank you for your assistance.

Very truly yours,

Andrew C. Glass

Enclosures

cc:   Fredric L. Ellis, Esq. (by hand; w/ encs.)
      R. Bruce Allensworth, Esq.

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

BOS-672046 v1 0950000-0102