UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION and CHASE MANHATTAN SERVICE CORPORATION,<br><br>    Defendants. | C.A. No. 04-10595-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned for defendants Chase Manhattan Automotive Finance Corporation and Chase Manhattan Service Corporation in the above-captioned matter.

Respectfully submitted,

*/s/ R. Bruce Allensworth*
*/s/ Andrew C. Glass*

R. Bruce Allensworth, BBO# 015820
(ballensworth@kl.com)
Andrew C. Glass, BBO# 638362
(aglass@kl.com)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, Massachusetts 02109
(617) 261-3100

Dated: April 20, 2004

BOS-671300 v1 0950000-0102

## CERTIFICATE OF SERVICE

I, Andrew C. Glass, hereby certify that on April 20, 2004, a true and accurate copy of the foregoing Notice of Appearance was delivered by hand to plaintiff's counsel.

_____
Andrew C. Glass