UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION and CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | C.A. No. 04-10595-RGS |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), defendants Chase Manhattan Automotive Finance Corporation and Chase Manhattan Service Corporation hereby disclose that:

1. Chase Manhattan Automotive Finance Corporation is a wholly-owned subsidiary of J.P. Morgan Chase Bank, which is a wholly-owned subsidiary of J.P. Morgan Chase & Company, the common stock of which is publicly traded on the New York Stock Exchange.

2. In 1997, Chase Manhattan Service Corporation was merged into Manufacturers Hanover Leasing International Corporation, which is a wholly-owned subsidiary of J.P. Morgan Chase Bank, which is a wholly-owned subsidiary of J.P. Morgan Chase & Company, the common stock of which is publicly traded on the New York Stock Exchange.

Respectfully submitted,

CHASE MANHATTAN AUTOMOTIVE
FINANCE CORPORATION and
CHASE MANHATTAN SERVICE
CORPORATION,

By their attorneys,

R. Bruce Allensworth, BBO# 015820
(ballensworth@kl.com)
Andrew C. Glass, BBO# 638362
(aglass@kl.com)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, Massachusetts 02109
(617) 261-3100

Dated: April 20, 2004

## CERTIFICATE OF SERVICE

I, Andrew C. Glass, hereby certify that on April 20, 2004, a true and accurate copy of the foregoing Defendants' Corporate Disclosure Statement was delivered by hand to plaintiff's counsel.

_____
Andrew C. Glass