UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION and CHASE MANHATTAN SERVICE CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-10595-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' CERTIFICATION OF HAVING
## <u>CONFERRED TO CONSIDER THE USE OF ALTERNATIVE DISPUTE RESOLUTION</u>

The undersigned hereby certify that they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in Local Rule 16.4.

_____
Authorized representative

Chase Manhattan Automotive Finance
Corporation and Chase Manhattan Service
Corporation

_____
R. Bruce Allensworth, BBO# 015820
Andrew C. Glass, BBO# 638362
Kirkpatrick & Lockhart LLP
75 State Street
Boston, Massachusetts 02109
(617) 261-3100

Attorneys for Chase Manhattan Automotive
Finance Corporation and Chase Manhattan
Service Corporation

Dated: November 8, 2004

## CERTIFICATE OF SERVICE

I, Andrew C. Glass, hereby certify that on November 10, 2004, a true and accurate copy of the foregoing Defendants' Certification of Having Conferred to Consider the Use of Alternative Dispute Resolution was delivered by hand to plaintiff's counsel.

_____
Andrew C. Glass