UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION and CHASE MANHATTAN SERVICE CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) ) |

C.A. No. 04-10595-NMG

## DEFENDANTS' CERTIFICATION OF HAVING CONFERRED WITH A VIEW TO ESTABLISHING A BUDGET

The undersigned hereby certify that they have conferred with a view to establishing a

budget for the costs of conducting the full course ⸱ and various alternative courses – of the

litigation.

_____
Authorized representative

Chase Manhattan Automotive Finance
Corporation and Chase Manhattan Service
Corporation

_____
R. Bruce Allensworth, BBO# 015820
Andrew C. Glass, BBO# 638362
Kirkpatrick & Lockhart LLP
75 State Street
Boston, Massachusetts 02109
(617) 261-3100

Attorneys for Chase Manhattan Automotive
Finance Corporation and Chase Manhattan
Service Corporation

Dated: November 8, 2004

<u>CERTIFICATE OF SERVICE</u>

I, Andrew C. Glass, hereby certify that on November 10, 2004, a true and accurate copy of the foregoing Defendants' Certification of Having Conferred with a View to Establishing a Budget was delivered by hand to plaintiff's counsel.

_____
Andrew C. Glass