UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)    C.A. No. 04-10595-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

In accordance with LR. 16.1(D)(3), the undersigned hereby certify that Plaintiff's counsel have conferred with Plaintiff with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR. 16.4.


Plaintiff's Counsel

 *s/ Fredric L. Ellis*                                                                *s/Lori B. Gans*

_____                              _____
Fredric L. Ellis, BBO # 542075                                    Lori B. Gans
Edward D. Rapacki, BBO # 411910
Joseph M. Makalusky, BBO # 631240
ELLIS & RAPACKI LLP
85 Merrimac Street, Suite 500
Boston, MA  02114
(617) 523-4800


Dated:  November 11, 2004