UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Lori B. Gans,
            Plaintiff(s),

        v.                                  CIVIL ACTION
                                            NO. 04-10595-NMG

Chase Manhattan Automotive Finance Corp.
            Defendant(s),


ORDER OF RECUSAL

GORTON, D.J.


    Because Judge Gorton is a stockholder and officer of a

closely-held family corporation that is represented by the

Kirkpatrick & Lockhart lawfirm, he hereby recuses himself from

this case.



                        BY ORDER OF THE COURT,



                         /s/ Craig. J. Nicewicz
                        Deputy Clerk

Dated:11/17/2004