**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil   No.   04-10595-NMG

Title:   Lori B. Gans v. Chase Manhattan Automotive Finance Corp.

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge   Gorton   has been reassigned  to Judge   Stearns   for all further proceedings after the recusal of Judge Gorton.  From this date forward the case number on all pleadings should be followed by the initials RGS  .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Craig J. Nicewicz
Deputy Clerk

Date:  11/17/04