UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | C.A. No. 04-10595-NMG |

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

In accordance with LR. 16.1(D)(3), the undersigned hereby certify that Plaintiff's counsel have conferred with Plaintiff with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR. 16.4.

Plaintiff's Counsel

_/s/ _____
Fredric L. Ellis, BBO # 542075
Edward D. Rapacki, BBO # 411910
Joseph M. Makalusky, BBO # 631240
ELLIS & RAPACKI LLP
85 Merrimac Street, Suite 500
Boston, MA 02114
(617) 523-4800

_/s/ _____
Lori B. Gans

Dated: November 8, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | C.A. No. 04-10595-NMG |

## CERTIFICATE OF SERVICE

I, Fredric L. Ellis, hereby certify that a true copy of Plaintiff's Local Rule 16.1 Certification was served upon Defendant's counsel by first class mail on this 16th of November 2004, addressed as follows:

R. Bruce Allensworth, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA  02109

_____
Fredric L. Ellis, BBO # 542075
ELLIS & RAPACKI LLP
85 Merrimac Street, Suite 500
Boston, MA 02114
(617) 523-4800

Dated:  November 16, 2004