FILE
IN CLERKS

2005 JAN 18

U.S. DISTRICT
DISTRICT OF

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION and CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | C.A. No. 04-10595-RGS |

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Plaintiff Lori B. Gans, defendant Chase Manhattan Automotive Finance Corporation, and Manufacturers Hanover Leasing International Corporation, as successor by merger to defendant Chase Manhattan Service Corporation (collectively, the "parties") hereby jointly move the Court to enter the Proposed Stipulated Confidentiality Order (the "Proposed Order") attached hereto as Exhibit A as an Order of the Court. As grounds for this motion, the parties state:

1. The discovery obligations of the Federal Rules of Civil Procedure require the parties to provide documents and information to each other in the course of this litigation that contain confidential and proprietary commercial and financial information.

2. Such information is subject to protection pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

BOS-718383 v1 0517725-0301

3. To protect the parties' confidential and proprietary documents and information from unnecessary dissemination, the parties respectfully request that the Court enter as an Order of the Court the Proposed Order, in the form attached to this motion as Exhibit A.

WHEREFORE, the parties respectfully request that the Court enter the attached Proposed Order as an Order of the Court.

|  |  |
|---|---|
| LORI B. GANS | Respectfully submitted,<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION, |
| By her attorneys, | By its attorneys, |
| *Joseph M. Makalusky /acg* /auth. <br>Fredric L. Ellis, BBO# 542075<br>Edward D. Rapacki, BBO# 411910<br>Joseph M. Makalusky, BBO# 631240<br>ELLIS & RAPACKI LLP<br>85 Merrimac Street, Suite 500<br>Boston, Massachusetts 02114<br>617-523-4800 | *Andrew C. Glass*<br>R. Bruce Allensworth, BBO# 015820<br>Andrew C. Glass, BBO# 638362<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>75 State Street<br>Boston, Massachusetts 02109<br>(617) 261-3100 |

Dated: January 18, 2005

## CERTIFICATE OF SERVICE

I, Andrew C. Glass, hereby certify that on January 18, 2005, a true and accurate copy of the foregoing Joint Motion for Entry of Confidentiality Order was delivered by hand on plaintiff's counsel.

_____
Andrew C. Glass