UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 04-10595-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S ASSENTED-TO MOTION TO AMEND COMPLAINT TO CORRECT MISNOMER**

NOW comes the plaintiff Lori B. Gans, individually and on behalf of a class of persons similarly situated ("Plaintiff"), and hereby moves this Court for leave to amend the complaint in order to correct the name of the defendant Chase Manhattan Service Corporation; the correct name of that defendant is Manufacturers Hanover Leasing International Corporation ("MHLIC").  MHLIC is the successor by merger to Chase Manhattan Service Corporation.  A proposed amended complaint is attached hereto as Exhibit A.  As grounds therefor, Plaintiff states as follows:

On April 20, 2004, after being served with Plaintiff's Class Action Complaint and Demand for Jury Trial ("Complaint"), the defendants in the above-captioned case filed Defendants' Corporate Disclosure Statement ("Corporate Disclosure") pursuant to LR. 7.3(A).  According to the Corporate Disclosure, "[i]n 1997, Chase Manhattan Service Corporation was merged into Manufacturers Hanover Leasing International Corporation, which is a wholly-owned subsidiary of J.P. Morgan Chase Bank, which is a wholly-

owned subsidiary of J.P. Morgan Chase & Company, the common stock of which is publicly traded on the New York Stock Exchange." Corporate Disclosure, ¶ 2. Thereafter, on May 20, 2004, Manufacturers Hanover Leasing International Corporation, as successor by merger to Chase Manhattan Service Corporation, filed an answer to the Complaint. As such, Plaintiff should be permitted to correct the name of this defendant by amending the complaint in accordance with Fed. R. Civ. P. 15. Further, R. Bruce Allensworth, Esq., counsel for the defendants, has assented to the instant motion.

  WHEREFORE, Plaintiff respectfully asks this Court to grant leave to amend the complaint in order to correctly identify the defendant, Manufacturers Hanover Leasing International Corporation, as successor by merger to Chase Manhattan Service Corporation.

              Respectfully submitted,
              For Plaintiff,

              /s/ Fredric L. Ellis
              Fredric L. Ellis, BBO # 542075
              Edward D. Rapacki, BBO # 411910
              Joseph M. Makalusky, BBO # 631240
              ELLIS & RAPACKI LLP
              85 Merrimac Street, Suite 500
              Boston, MA 02114
              (617) 523-4800

Dated: March 18, 2005

**CERTIFICATION PURSUANT TO LR. 7.1(A)(2)**

On November 5, 2004, Fredric L. Ellis, Esq., counsel for Plaintiff, conferred with R. Bruce Allensworth, Esq., counsel for Defendants.  At the request of Attorney Allensworth, Attorney Ellis agreed not to file the instant motion at that time in order to provide Attorney Allensworth with a sufficient opportunity to further explore the nature of the corporate relationship between Chase Manhattan Service Corporation and Manufacturers Hanover Leasing International Corporation.  On February 18, 2005, Attorney Ellis sent a letter to Attorney Allensworth requesting that a response be provided by February 25, 2005.  On March 2, 2005, undersigned counsel for Plaintiff conferred with Attorney Allensworth and again requested a response to whether Defendants would assent to the instant motion.  Then, in a telephone conversation on March 17, 2005, Attorney Allenworth, on behalf of Defendants, assented to the instant motion.

                                                                             _____
                                                                             Joseph M. Makalusky, BBO# 631240

Dated:  March 18, 2005