UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | C.A. No. 04-10595-RGS |

**CERTIFICATION PURSUANT TO LR. 7.1(A)(2)
RELATING TO PLAINTIFF'S ASSENTED-TO MOTION TO
<u>AMEND COMPLAINT TO CORRECT MISNOMER</u>**

After Plaintiff's Counsel conferred with Defendants' Counsel, Defendants' Counsel assented to this motion.

s/ Joseph M. Makalusky,<br>BBO# 631240

Dated: March 18, 2005