UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | C.A. No. 04-10595-RGS |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Now come the parties in the above-captioned matter and respectfully move this Court to enter an Order extending the discovery deadlines set forth in the Phase I Scheduling Order by ninety (90) days, as reflected in the "[Proposed] Scheduling Order" attached hereto as Exhibit A. As grounds for this joint motion, the parties state as follows:

Pursuant to discovery conferences held between the parties, there has been considerable discussion regarding the appropriate manner in which to deal with the discovery matters raised in this case. The parties are cooperating in good faith to advance discovery in an informal and efficient way that may materially advance the progress of this case. The deadlines for litigation events as stated in the existing Phase I Scheduling Order, however, cannot reasonably be met by either party. The parties agree that a more

prudent schedule at this point would extend the deadlines for each such event by ninety (90) days, as set forth in the attached Exhibit A.

WHEREFORE, the Parties respectfully request that this Court issue the [Proposed] Scheduling Order in the form attached hereto as Exhibit A.

| Respectfully submitted<br>For the Plaintiffs, | Respectfully submitted,<br>For the Defendants, |
|---|---|
|   s/ Joseph M. Makalusky<br>Fredric L. Ellis, BBO # 542075<br>Edward D. Rapacki, BBO # 411910<br>Joseph M. Makalusky, BBO # 631240<br>ELLIS & RAPACKI LLP<br>85 Merrimac Street, Suite 500<br>Boston, MA 02114<br>(617) 523-4800 |   s/ Andrew C. Glass<br>R. Bruce Allensworth, BBO # 015820<br>Andrew C. Glass, BBO # 638362<br>KIRKPATRICK & LOCKHART<br>NICHOLOSON GRAHAM LLP<br>75 State Street<br>Boston, MA<br>(617) 261-3100 |

Date: April 28, 2005

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,<br><br>    Defendants. | C.A. No. 04-10595-RGS |

## [PROPOSED] REVISED PHASE I SCHEDULING ORDER

The parties having jointly moved for an extension of the deadlines established in the Phase I Scheduling Order, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

1. written discovery requests are to be filed by 7/29/05, and answers are to be filed by 8/29/05;

2. all depositions are to be noticed by 11/29/05, and are to be completed by 12/29/05;

3. all experts for class certification purposes by plaintiff are to be designated and disclosure of information contemplated by FRCP, Rule 26(a)(2) by 1/13/06, all experts for class certification purposes by defendants are to be designated and disclosure of information by 2/13/06;

       4.       motions for class certification filed by 2/28/06, responded to by 3/30/06; and

       5.       a further scheduling conference, if necessary, will be held on 6/7/05 at 2:30 p.m. to be notified by court, and must be attended by trial counsel.

Dated this _____ day of _____, 2005.

                                     _____
                                       Richard G. Stearns, U.S.D.J.