UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | C.A. No. 04-10595-RGS |

## ~~[PROPOSED]~~ REVISED PHASE I SCHEDULING ORDER

The parties having jointly moved for an extension of the deadlines established in the Phase I Scheduling Order, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

1. written discovery requests are to be filed by 7/29/05, and answers are to be filed by 8/29/05;

2. all depositions are to be noticed by 11/29/05, and are to be completed by 12/29/05;

3. all experts for class certification purposes by plaintiff are to be designated and disclosure of information contemplated by FRCP, Rule 26(a)(2) by 1/13/06, all experts for class certification purposes by defendants are to be designated and disclosure of information by 2/13/06;

    4.    motions for class certification filed by 2/28/06, responded to by 3/30/06; and

~~5.    a further scheduling conference, if necessary, will be held on 6/7/05 at 2:30 p.m. to be notified by court, and must be attended by trial counsel~~.

Dated this 5th day of May, 2005.

/s/ Richard G. Stearns
Richard G. Stearns, U.S.D.J.