UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,<br><br>    Defendants. | C.A. No. 04-10595-RGS |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Now come the parties in the above-captioned matter and respectfully move the Court to enter an Order extending the discovery deadlines set forth in the existing Revised Phase I Scheduling Order by approximately sixty (60) days, as reflected in the "[Proposed] Revised Scheduling Order" attached hereto as Exhibit A. As grounds for this joint motion, the parties state as follows:

Pursuant to ongoing discovery conferences held between the parties, there has been considerable discussion regarding the appropriate manner in which to deal with the discovery matters raised in this case. The parties are cooperating in good faith to advance discovery in an informal and efficient way. The deadlines for litigation events as stated in the existing Revised Phase I Scheduling Order, however, cannot reasonably be met by either party. The parties agree that a more prudent schedule at this point would extend

BOS-883614 v1

the deadlines for each such event by approximately sixty (60) days, as set forth in the attached Exhibit A.

      WHEREFORE, the Parties respectfully request that this Court issue the [Proposed] Revised Scheduling Order in the form attached hereto as Exhibit A.

| | |
|---|---|
| Respectfully submitted,<br>For the Plaintiff, | Respectfully submitted,<br>For the Defendants, |
| */s/ Joseph M. Makalusky (w/ permission)*<br>Fredric L. Ellis, BBO # 542075<br>Edward D. Rapacki, BBO # 411910<br>Joseph M. Makalusky, BBO # 631240<br>ELLIS & RAPACKI LLP<br>85 Merrimac Street, Suite 500<br>Boston, MA 02114<br>(617) 523-4800 | */s/ Andrew C. Glass*<br>R. Bruce Allensworth, BBO # 015820<br>Andrew C. Glass, BBO # 638362<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 261-3100 |

Date: July 29, 2005

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on July 29, 2005, I served a true copy of the foregoing document by electronic filing upon all counsel of record.

                                                      */s/ Andrew C. Glass*
                                                      Andrew C. Glass

# EXHIBIT A

BOS-883614 v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,<br><br>  Defendants. | C.A. No. 04-10595-RGS |

## [PROPOSED] REVISED PHASE I SCHEDULING ORDER

The parties having jointly moved for an extension of the deadlines established in the existing Revised Phase I Scheduling Order, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

1.   written discovery requests are to be filed by 9/30/05, and answers are to be filed by 10/31/05;

2.   all depositions are to be noticed by 1/31/06, and are to be completed by 2/28/06;

3.   all experts for class certification purposes by plaintiff are to be designated and disclosure of information contemplated by FRCP, Rule 26(a)(2) by 3/14/06, all experts for class certification purposes by defendants are to be designated and disclosure of information by 4/14/06; and

4.   motions for class certification filed by 5/1/06, responded to by 5/31/06.

BOS-883614 v2

Dated this _____day of _____, 2005.

_____
Richard G. Stearns, U.S.D.J.