UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>       Plaintiff,<br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,<br><br>       Defendants. | C.A. No. 04-10595-RGS |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Now come the parties in the above-captioned matter and respectfully move the Court to enter an Order extending the discovery deadlines set forth in the existing Revised Phase I Scheduling Order by approximately sixty (60) days, as reflected in the "[Proposed] Revised Scheduling Order" attached hereto as Exhibit A. As grounds for this joint motion, the parties state as follows:

Pursuant to ongoing conferences held between the parties, the parties have been engaged in productive negotiations to attempt to resolve this matter. In light of these negotiations, the parties cannot reasonably meet the deadlines for the litigation events as set forth in the existing Revised Phase I Scheduling Order, dated August 5, 2005. The parties agree that a more prudent schedule at this point would extend the deadlines for each such event by approximately sixty (60) days, as set forth in the attached Exhibit A.

BOS-895958 v1

WHEREFORE, the Parties respectfully request that this Court issue the [Proposed] Revised Scheduling Order in the form attached hereto as Exhibit A.

| | |
|---|---|
| Respectfully submitted,<br>For the Plaintiff, | Respectfully submitted,<br>For the Defendants, |
| */s/ Joseph M. Makalusky (w/ permission)*<br>Fredric L. Ellis, BBO # 542075<br>Edward D. Rapacki, BBO # 411910<br>Joseph M. Makalusky, BBO # 631240<br>ELLIS & RAPACKI LLP<br>85 Merrimac Street, Suite 500<br>Boston, MA 02114<br>(617) 523-4800 | */s/ Andrew C. Glass*<br>R. Bruce Allensworth, BBO # 015820<br>Andrew C. Glass, BBO # 638362<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 261-3100 |

Date: September 16, 2005

CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2005, I served a true copy of the foregoing document by electronic filing upon all counsel of record.

                                      */s/ Andrew C. Glass*
                                      Andrew C. Glass

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,<br><br>        Defendants. | C.A. No. 04-10595-RGS |

## [PROPOSED] REVISED PHASE I SCHEDULING ORDER

The parties having jointly moved for an extension of the deadlines established in the existing Revised Phase I Scheduling Order, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

1. written discovery requests are to be filed by 12/9/05, and answers are to be filed by 1/13/06;

2. all depositions are to be noticed by 3/31/06, and are to be completed by 4/28/06;

3. all experts for class certification purposes by plaintiff are to be designated and disclosure of information contemplated by FRCP, Rule 26(a)(2) by 5/19/06, all experts for class certification purposes by defendants are to be designated and disclosure of information by 6/16/06; and

    4.    motions for class certification filed by 6/30/06, responded to by 7/28/06.

Dated this _____day of _____, 2005.

                            _____
                            Richard G. Stearns
                            United States District Judge