UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-10595-RGS |
| CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Now come the parties in the above-captioned matter and respectfully move the

Court to enter an Order extending the discovery deadlines set forth in the existing

Revised Phase I Scheduling Order by approximately sixty (60) days, as reflected in the

"[Proposed] Revised Scheduling Order" attached hereto as Exhibit A.  As grounds for

this joint motion, the parties state as follows:

Pursuant to ongoing conferences held between the parties, the parties have

reached an agreement in principle to settle this case, which will be subject to the Court's

approval, and the parties require some additional time to finalize the specific terms of a

class settlement agreement in anticipation of presenting the agreement to the Court for its

approval.  In light of the tentative settlement, the parties cannot reasonably meet the

deadlines for the litigation events as set forth in the existing Revised Phase I Scheduling

BOS-919435 v3

Order, dated September 23, 2005. The parties agree that a more prudent schedule at this point would extend the deadlines for each such event by approximately sixty (60) days, as set forth in the attached Exhibit A.

WHEREFORE, the Parties respectfully request that this Court issue the [Proposed] Revised Scheduling Order in the form attached hereto as Exhibit A.

Respectfully submitted,
for the Plaintiff,

Respectfully submitted,
for the Defendants,


/s/ Joseph M. Makalusky (w/ permission)
Fredric L. Ellis, BBO # 542075
Edward D. Rapacki, BBO # 411910
Joseph M. Makalusky, BBO # 631240
ELLIS & RAPACKI LLP
85 Merrimac Street, Suite 500
Boston, MA 02114
(617) 523-4800

/s/ Andrew C. Glass
R. Bruce Allensworth, BBO # 015820
Andrew C. Glass, BBO # 638362
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100


Date:  December 7, 2005

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 7, 2005, I served a true copy of the foregoing document by electronic filing upon all counsel of record.


*/s/ Andrew C. Glass*
Andrew C. Glass

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION, )<br><br>Defendants. ) | C.A. No. 04-10595-RGS |

## [PROPOSED] REVISED PHASE I SCHEDULING ORDER

The parties having jointly moved for an extension of the deadlines established in the existing Revised Phase I Scheduling Order, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

1.    written discovery requests are to be filed by 2/10/06, and answers are to be filed by 3/10/06;

2.    all depositions are to be noticed by 5/26/06 and are to be completed by 6/30/06;

3.    all experts for class certification purposes by plaintiff are to be designated, and disclosure of information contemplated by Fed. R. Civ. P. 26(a)(2) to be made, by 7/21/06; all experts for class certification purposes by defendants are to be designated, and disclosure of information to be made, by 8/25/06; and

4.      motions for class certification filed by 9/8/06, responded to by 10/6/06.

Dated this _____day of _____, 2005.

_____
Richard G. Stearns
United States District Judge