UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | C.A. No.:  04-10595-RGS |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS AND COMMENCEMENT OF SETTLEMENT APPROVAL PROCESS**

Now come the plaintiff, Lori B. Gans ("Plaintiff"), and the defendants, Chase Manhattan Automotive Finance Corp., n/k/a Chase Auto Finance Corp., and Manufacturers Hanover Leasing International Corporation, as successor by merger to Chase Manhattan Service Corporation (together, "Defendants") and, pursuant to the provisions of the parties' Settlement Agreement, dated February 28, 2006 ("Settlement Agreement"), attached hereto as Exhibit A, hereby move jointly for an Order, conditionally and for settlement purposes only:

(1) certifying a plaintiff class ("Settlement Class") in conformance with the Settlement Agreement and defined as follows:

       (a)   "Settlement Class I," consisting of all persons whose motor vehicle lease was transferred or assigned to Defendants and:

        (i)    who have a credit entry – equal to either the base monthly payment, the monthly rent payment, or the total monthly payment set forth in the lease agreement – appearing in the general ledger account on Chase's financial records named "Charge Off Income" as of October 31, 2004; and

        (ii)    for whom no record has been located indicating that such credit entries in the Charge Off Income account were previously paid to any such lessee; and

    (b)    "Settlement Class II," consisting of all persons whose motor vehicle lease was transferred or assigned to Defendants, which lease terminated during the period from March 27, 2000, through July 31, 2004, and who:

        (i)    made a monthly lease payment to Defendants equal to the total monthly lease payment due under their lease within fifteen (15) days before or thirty (30) days after the Lease Maturity Date; and

        (ii)    did not retain possession of the vehicle that was the subject of the lease for more than thirty (30) days past the Lease Maturity Date; and

        (iii)    did not owe any portion of any past due monthly rent payment at the time the Settlement Bill was generated.

Excluded from the Settlement Class are each person who submits a timely and valid Request for Exclusion and any person who was a lessee or co-lessee on the same lease with a person submitting a timely and valid Request for Exclusion.

    (2) appointing Class Counsel and the Class Representative in conformance with the Settlement Agreement;

    (3) granting preliminary approval to the proposed Settlement as described in the Settlement Agreement;

    (4) directing notice to the Settlement Class of the proposed Settlement, the rights of Settlement Class members, and the date for the Court hearing on a request for final approval of the Settlement Agreement; and

(5) staying all proceedings in the above-captioned litigation until the Court renders a final decision regarding approval of the proposed Settlement and, if the Settlement is approved, enters a final judgment of dismissal in accordance with the Settlement Agreement.

In order to allow sufficient time for notice to be given to the Settlement Class (including remailing returned notices), and for the members of such class to prepare and file any comments or objections to the proposed Settlement, Plaintiff and Defendants further request that such final hearing be held approximately one hundred and fifty (150) days after the allowance of this Joint Motion. A Proposed Order Preliminarily Approving Settlement is attached to this Joint Motion as Exhibit B.

As grounds for this Joint Motion, Plaintiff and Defendants state they have reached agreement on a proposed settlement of the claims in the above-captioned action, and that such proposed settlement is fair and reasonable and satisfies the requirements for approval under Fed. R. Civ. P. 23(e).

As further grounds for this motion, Plaintiff submits herewith Plaintiff's Memorandum in Support of Joint Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class and Commencement of Settlement Approval Process.

| For the Plaintiff, | For the Defendants, |
|---|---|
| s/Fredric L. Ellis | s/R. Bruce Allensworth |
| Fredric L. Ellis, BBO # 542075 | R. Bruce Allensworth, (BBO # 015820) |
| Joseph M. Makalusky, BBO # 631240 | Andrew C. Glass  (BBO # 638362) |
| ELLIS & RAPACKI LLP | KIRKPATRICK & LOCKHART LLP |
| 85 Merrimac Street, Suite 500 | 75 State Street |
| Boston, MA 02114 | Boston, MA 02109 |
| (617) 523-4800 | (617) 261-3100 |

Dated:  March 10, 2006