UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LORI B. GANS, individually and on behalf of a class of others similarly situated,**  <br><br>　　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,**<br>　　　　　　　　　　**Defendants.** | C.A. No.: 04-10595-RGS |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

　　　　Now come the plaintiff, Lori B. Gans ("Plaintiff"), and the defendants, Chase Manhattan Automotive Finance Corp., n/k/a Chase Auto Finance Corp., and Manufacturers Hanover Leasing International Corporation, as successor by merger to Chase Manhattan Service Corporation (together, "Defendants"), in the above-captioned matter and hereby move jointly for an Order pursuant to Fed. R. Civ. P. 23(e) granting final approval of the class action settlement negotiated by the parties and set forth in Settlement Agreement dated February 28, 2006 ("Settlement Agreement").

　　　　As grounds for such motion, the parties assert that due notice of the proposed settlement has been issued to the members of the settlement class, and that the terms of the Settlement Agreement are fair, adequate, reasonable and in the best interests of the Class, all as more fully set forth in the accompanying Plaintiffs' Memorandum in Support of Joint Motion for Final

Approval of Class Action Settlement and for Award of Attorneys' Fees. A Proposed Order Granting Final Approval of Class Action Settlement is attached hereto as Exhibit A.

WHEREFORE, the parties respectfully request this Honorable Court to enter an Order in the form attached hereto as Exhibit A granting final approval of the Class Action Settlement.

| For the Plaintiff, | For the Defendants, |
|---|---|
| s/Fredric L. Ellis | s/R. Bruce Allensworth |
| Fredric L. Ellis, BBO # 542075 | R. Bruce Allensworth, (BBO # 015820) |
| Joseph M. Makalusky, BBO # 631240 | Andrew C. Glass (BBO # 638362) |
| ELLIS & RAPACKI LLP | KIRKPATRICK & LOCKHART |
| 85 Merrimac Street, Suite 500 | NICHOLSON GRAHAM LLP |
| Boston, MA 02114 | State Street Financial Center |
| (617) 523-4800 | One Lincoln Street |
| | Boston, MA 02111 |
| | (617) 261-3100 |

Dated: August 11, 2006