# ELLIS & RAPACKI LLP
COUNSELORS AT LAW

85 MERRIMAC STREET
SUITE 500
BOSTON, MASSACHUSETTS 02114

TELEPHONE (617) 523-4800
FACSIMILE (617) 523-6901

FREDRIC L. ELLIS, ESQ.
EDWARD D. RAPACKI, ESQ.

JOSEPH M. MAKALUSKY, ESQ.

JENNIFER K. GAMAN
NANCY R. MURPHY
LEGAL ASSISTANTS

May 31, 2006

G. Byron Qualls
49 Station Road
Branchburg, NJ 08876

RE: Lori B. Gans, et al. v. Chase Manhattan Automotive Finance Corporation, et al., C.A. No.: 04-CV-10595-RGS

Dear Mr. Qualls:

I am in receipt of your recent letter objecting to the proposed class action settlement in the case of Lori B. Gans, et al. v. Chase Manhattan Automotive Finance Corporation, et al. I write to explain what may be a misunderstanding of the claims asserted in the lawsuit and the nature of the compensation available to members of the Settlement Class.

The lawsuit arose out of a challenge to certain business practices of Chase Auto Finance – essentially, the issuance of an invoice for a monthly lease payment in excess of the term of the applicable lease. For most customers, that extra lease payment later was either refunded or credited against other amounts owed by the lessee. For some customers, Chase has been unable to document a refund or credit made by Chase to the lessee. The proposed settlement compensates the latter group in full for the extra payment. The other class members (those who already were compensated by either refund or credit) will receive a smaller amount (the $44.00 figure minus a share of attorneys' fees and class representative fee) because, as the lawsuit alleges, we believe it was unlawful for Chase to have billed and collected the extra payment in the first place, notwithstanding the fact that reimbursement was made later.

Chase's records demonstrate that you were refunded the amount of your extra payment. Thus you will receive a check for $44.00 minus a share of the attorneys' fees and class representative fee if you remain a class member.

G. Byron Qualls
May 31, 2006
Page 2

If you do wish to participate in the settlement, you must file a Request for Exclusion as directed in the Notice on or before July 31, 2006. Otherwise, you will be deemed to be a member of the Settlement Class if the Court grants final approval to the proposed settlement.

Finally, as to the proposed attorneys' fees, you should be aware of two important considerations: first, unlike many other attorney-client relationships, Class Counsel are paid in lawsuits such as this only if the members of the class themselves receive monetary compensation, and second, any fees paid to Class Counsel in this lawsuit must be approved by the Court.

If you have any further questions, please feel free to contact me.

Sincerely,

Fredric L. Ellis

FLE/nrm