**Requests for Exclusion**

| Name | Address |
|---|---|
| Maurene Singer | 100 Canoe Brook Road<br>Short Hills, NJ 07078 |
| Province of Our Lady of Consolation | Basilica and National Shrine of Our Lady of Consolation<br>Conventual Franciscan Friars<br>315 Clay Street<br>Carey, OH 43316-1498 |
| Judy Paiadino | 41 Burns Avenue<br>Lodi, NJ 07644 |
| Southern States Brokerage, Inc. | 19101 Oil Center Boulevard<br>Houston, TX 77073 |
| Kathleen Angell | 46-A Jackman Drive<br>Poughkeepsie, NY 12603 |
| Jovanka Koledin | 330 Frederick Avenue<br>Sewickley, PA 15143-1408 |
| Suzanne Haxer | 1929 Cresthill Avenue<br>Royal Oak, MI 48073 |
| Scheidl Manufacturing Co., Inc. | P.O. Box 566<br>Medford, NY 11763-0566 |
| Mary Miserendino | 4702 Springfield Blvd.<br>Bayside, NY 11361 |
| Gale B. East | 1016 Grayscroft Drive<br>Waxhaw, NC 28173 |
| Joseph Quinn | 92 Cedar Lawn Blvd.<br>Valley Stream, NY 11580 |

MAURENE SINGER
100  CANOE BROOK ROAD
SHORT HILLS, NJ 07078

May 8, 2006

Fredric L. Ellis, Esq.
Joseph M. Makalusky, Esq.
Ellis & Rapacki LLP
85 Merrimac Street, Suite 500
Boston, Massachusetts  02214

Re: United States District Court
    District of Massachusetts
    C. A. No. 04-10595-RGS

Gentlemen,

  This is to inform you regarding: Lori B. Gans, individually and on behalf of a class of persons similarly situated,
        Plaintiff
V.
Chase Manhattan Automotive Finance Corp. and Manufacturers Hanover Leasing International Corporation as successor by merger to Chase Manhattan Service Corporation
        Defendants.

  I want to be excluded from the above mentioned class action.

  Please confirm receipt of this letter.

                                      Yours Truly,

                                      *Maurene Singer* (signature)
                                      Maurene Singer

Reg. / Cert/ 7002 2030  0006 8603 5602

cc: file



**Basilica and National Shrine of Our Lady of Consolation**
Conventual Franciscan Friars
315 Clay Street
Carey, OH 43316-1498

May 10, 2006

To whom it may concern:

Re C.A. No. 04-10595-RGS

I request Exclusion from this settlement.

Sincerely,
Kieran P. Kay
Province of Our Lady of Consolation

---

**Your Journey to Faith, Hope and Healing**

Telephone: (419) 396-7107     www.olcshrine.com     Fax: (419) 396-3355

Judy Paladino
41 Burns Ave
Lodi N.J. 07644

Please exclude me from Class Action Suit. # CA-04-10595-RGS

*Judy Paladino*

Case 1:04-cv-10595-RGS    Document 38-4    Filed 08/11/2006    Page 4 of 12



19101 Oil Center Blvd. • Houston, Texas 77073
Office (281) 209-2871 • Fax (281) 209-2879
Web Site: www.sso4boats.com • E-mail: sso@sso4boats.com

Affiliated Companies: Southern States Brokerage, Inc. • Southern States Assets, Inc. • REC Marine, Inc.

May 9, 2006

Chase Settlement Exclusions
PO Box 6378
Boston, MA 02114

RE: C.A. No. 04-10595 –RGS

Please exclude Southern States Brokerage, Inc. from the settlement class in the above mentioned case.

Sincerely,

Ralph McIngvale, President
Southern States Brokerage, Inc.
19101 Oil Center Blvd.
Houston, TX 77073

5-8-06

To whom it may concern,

    I, Kathleen A. Angell, wish to exclude myself from the following hearing:

    Lori B. Gans (plantiff)

    v

    Chase Manhatten Automotive Finance Corp. and Manufacturers Hanover Leasing International Corporation (defendants)

C.A. No. 04-10595-RGS

Sincerely,
Kathleen A. Angell
46-A Jackman Drive
Paughkeepsie, N.Y. 12603

CHASE AUTO FINANCE CORP.
P.O. Box 901037
Fort Worth, TX 76101-2037

008156-01 NSP0PMK - ZB 04/28/06
JOVANKA KOLEDIN
330 FREDERICK AVE
SEWICKLEY, PA 15143-1408

5-19-2006

*Request for Exclusion member of Settlement class II*
*CA. NO. 04-10595-RGS*

*Jovanka Koledin*

CAF10148 (05-06)

xxxxxxx

xxxxxxx

May 16, 2006

From: Suzanne E. Haxer
1929 Cresthill Ave.
Royal Oak, MI
48073
(248) 787-8053

To: Chase Settlement Exclusions
P.O. Box 6378
Boston, Massachusetts
02114

Re: C.A. No. 04-10595-RGS

To Whom It May Concern:

I wish to be excluded from the class action lawsuit #04-10595-RGS.

With thanks,

*[signature]*
Suzanne E. Haxer

**Scheidl Manufacturing Co., Inc.**
**B R W Realty, Inc.**
PO Box 566, Medford, NY 11763-0566
Phone: 631-475-2256

June 6, 2006

Fredric L. Ellis, Esq.
Chase Settlement Exclusions
PO Box 6378
Boston, MA 02114

RE: Request for Exclusion
  C. A. # 04-10595-RGS

Dear Mr. Ellis:

Scheidl Manufacturing is serving this written notice to have you exclude us from the above captioned case.

Please change your records accordingly.

Yours,

*[signature]*
Mary Ann Reidy Dittmeier
President

Cc: Frances E. Reidy, Executrix, Board of Directors
    Patricia M. Lawrence, Board of Directors

CHASE AUTO FINANCE CORP.
P.O. Box 901037
Fort Worth, TX 76101-2037

006899-01 NSP0PMK - 7A 04/28/06

MARY MISERENDINO
4702 SPRINGFIELD BLVD
BAYSIDE, NY 11361

*I wish to be excluded from the Chase Settlement*

*Mary Miserendino*

Gale B. East
1016 Grayscroft Drive
Waxhaw, NC 28173

June 19, 2006

Chase Settlement Exclusion
PO Box 6378
Boston, MA 02114

In re: Lori B. Gans, Civil Action No. 04-10595-RGS

Dear Sir or Madame,

I desire to be excluded from the settlement class.

Sincerely,

*Gale B East*

Gale B. East

July 20, 2006

Chase Settlement Exclusion
P.O. Box 6378
Boston, Massachusetts 02114

Dear Sir:

Re: C.A. No. 04-10595-RGS

I wish to be excluded from the above settlement class.

Sincerely,
Joseph F. Quinn
Joseph F. Quinn
92 Cedar Lawn Blvd.
Valley Stream, N.Y. 11580