08/03/2006 18:00  617-357-5030  GRKRB  PAGE 02/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiff, | C.A. No.: 04-10595-RGS ) ) |
| v. | ) ) |
| CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**AFFIDAVIT OF ELIZABETH RYAN IN SUPPORT OF ATTORNEY'S FEES AND COSTS**

I, Elizabeth Ryan, being duly sworn, hereby depose and state as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts, BBO # 549632, and I make this affidavit at the request of Fredric L. Ellis, knowing that he will submit same to the United States District Court for the District of Massachusetts (Stearns, J.) in support of a request for approval of an award of attorneys' fees and costs.

2. I was admitted to practice before the Massachusetts Supreme Judicial Court in 1986 and have been an attorney representing consumers since 1993. I am also admitted to various other courts, including District Court for the District of Massachusetts and the Courts of Appeals for the First Circuit.

*Education And Experience*

3. I graduated from the Catholic University Law School with a J.D. in 1985 and Holy Cross College with a B.A. in 1981

4. I have been with the Boston law firm, Roddy Klein & Ryan (formerly named Grant & Roddy) since 1996. I have been a partner since July 2004. I am experienced in complex litigation, including class action litigation.

5. Many of my firm's cases have involved claims of unfair and deceptive business practices, as well as other claims arising out of consumer transactions. Such experience includes the following cases where I or my firm served as lead counsel for the class:

*Curry v. Fairbanks Capital Corporation*, 03-10875-DPW (D. Mass.) ($55,000,000 settlement of nationwide class action based on predatory loan servicing practices);

*In re Household Lending Litigation*, Case No. C 02-1240 CW (N.D. Cal.) ($165,000,000 settlement of nationwide class action based on predatory lending practices);

*Mendez v. Island Finance Corporation*, 03-1075-JAF (D. P.R.) (approved settlement of class action alleging violations of the Truth in Lending Act);

*Coleman v. GMAC*, Civ. No. 3-98-*0211* (M.D. Tenn.) (class action settlement in favor of nationwide class of minority consumer car buyers for violations of Equal Credit Opportunity Act);

*Cason v. Nissan Motor Acceptance Corp*, Civ. No. 3-98-0223 (M.D. Tenn.) (class action settlement in favor of nationwide class of minority consumer car buyers for violations of Equal Credit Opportunity Act);

*Kent et al. v. Western Massachusetts Electric Co.*, HAMPCV 2001-00232 (Ma. Sup.) (settlement of consumer claims related to utility overcharge based on misclassification of billing rate);

*Dwyer et al. v. NSTAR, Inc. et al.*, No. SUCV2001-01817 (Ma. Sup.) (settlement of consumer claims related to utility overcharge based on misclassification of billing rate);

*Brown v. Gibraltar Savings Bank, et al*, No. L-710-99, Superior Court of New Jersey, Law Division, Cumberland County and *Carrasco v. Parkway Mortgage and Fidelity Security Life Ins. Co.*, No. No. L- 00-4815-99, Superior Court of New Jersey, Law Division, Camden County (consolidated class action settlement in favor of statewide class of credit insurance purchasers refunding unearned premiums);

*Lowe, et al v. Ford Motor Credit Co.*, No. 99-CVF-15806, Cuyahoga County, Ohio (class action settlement in favor of statewide class of auto loan debtors refunding or crediting unauthorized repossession charges);

*Patton v. JB Robinson Jewelers, Inc., et al*, CA No. 97-C-4151, United States District Court for the Northern District of Illinois and *York v. Weisfields Jewelers, Inc., et al*, CA No. 98-C-5227, United States District Court for the Northern District of Illinois s [MDL No. 1192] (class action settlement in favor of nationwide class of financed jewelry purchasers);

*Migut v. Tandy Corporation*, No. 97-C-4800, United States District Court for the Northern District of Illinois (class action settlement in favor of nationwide class of bankruptcy debtors);

*Mazola, et al v. The May Department Stores Company*, United States District Court, District of Massachusetts, Civil No. 97-10872-NG (class action settlement in favor of nationwide class of bankruptcy debtors);

*Fisher, et al. v. General Electric Capital Corporation, et al*, No. 97 C 3065, United States District Court for the Northern District of Illinois [MDL No. 1192] (class action settlement in favor of nationwide class of bankruptcy debtors);

*Conley, et al v. Sears, Roebuck & Company*, CA No. 97-11149-PBS, United States District Court for the District of Massachusetts and *Brioso, et al v. Sears, Roebuck & Company*, 97-1222-CJK, United States Bankruptcy Court, District of Massachusetts [MDL No. 1185] (class action settlement in favor of nationwide class of bankruptcy debtors);

*Donlevy v. First Commercial Mortgage Co., Inc, et al*, CA No. No. 96-11401-GAO, United States District Court, District of Massachusetts (class action settlement in favor of nationwide class of consumer mortgage borrowers);

*Coppola, et al v. Wendover Funding, Inc, et al*, CA No. 96-11458-PBS, United States District Court, District of Massachusetts (class action settlement in favor of nationwide class of consumer mortgage borrowers);

*McKay, et al v. ContiMortgage Corporation, et al*, CA No. 96-10717-EFH, United States District Court, District of Massachusetts (class action settlement in favor of nationwide class of consumer mortgage borrowers);

*Mogavero, et al v. Matrix Financial Services, Corp.*, CA No. 96-11149-GAO, United States District Court for the District of Massachusetts, and [consolidated] *Limper*,

et al. v. Matrix Financial Services, Corp., 96-CVH-022, Court of Common Pleas, Ottawa County, Ohio (class action settlement in favor of national class of consumer mortgage borrowers).

*Reasonable Hourly Rates In The Boston Legal Community*

6. My current hourly rate is $425.00. Rates for partners at my firm range from $425.00 to $475.00 per hour.

7. I am familiar with the skill, background and experience of the attorneys at Ellis & Rapacki LLP, having worked with members of that firm on several class action cases. I am also familiar with their hourly rates as listed below.

|  | Rate |
|---|---|
| Fredric L. Ellis | $450.00 |
| Edward D. Rapacki | $450.00 |
| Joseph M. Makalusky | $375.00 |

8. Based upon my experience and knowledge of the prevailing rates for lawyers practicing in Boston, the above-listed rates for Ellis & Rapacki LLP are reasonable in the Boston legal community for the level of experience these lawyers hold and their outstanding skill and recognized competence in consumer law and consumer class action litigation.

9. I have not been paid to submit this affidavit nor have I received any other form of compensation in consideration for its submission.

Signed under the penalties of perjury this 3rd day of August, 2006.

Elizabeth Ryan
Roddy Klein & Ryan
727 Atlantic Ave., 2d Floor
Boston, MA 02111
(617) 357-5500, x. 17