UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of persons similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,<br><br>　　　　　Defendants. | C.A. No. 04-10595-RGS |

### AFFIDAVIT OF WILLIAM F. MURPHY

I, William F. Murphy, under pains and penalties of perjury, state as follows:

1. I am the Vice President-Operations Area Manager for Chase Auto Finance Corp. ("Chase Auto"), which position I have held since March 2001.

2. I make this affidavit pursuant to Section C.5 of the parties' settlement agreement in the above-captioned matter, dated February 28, 2006 (the "Settlement Agreement").

3. On lists provided to Class Counsel (as that term is defined in the Settlement Agreement), Chase Auto identified: (a) 548 persons who qualify as members of Settlement Class I (as that term is defined in the Settlement Agreement) exclusive of persons who also qualify as members of Settlement Class II (as that term is defined in the Settlement Agreement) ("subgroup I"); (b) 47,680 persons who qualify as members of Settlement Class II exclusive of persons who also qualify as members of Settlement Class

2

I ("subgroup II"); and (c) 489 persons who qualify as members of both Settlement Class I and Settlement Class II ("subgroup III").

    4.    In accordance with Section C.2 of the Settlement Agreement, on or about May 3, 2006, I caused a copy of the notice of settlement ("Notice") in the form attached hereto as Exhibits A, B, and C to be sent to Settlement Class subgroups I, II, and III, respectively, which Notice was: (a) addressed to the lessee to whom the Chase Auto lease billing statement was sent and the co-lessee, if any; and (b) mailed by first class United States mail, postage prepaid, to the last known address for the lessee to whom the Chase Auto lease billing statement was sent as contained in Chase Auto's records as modified by a search of the National Change of Address database maintained by the United States Postal Service. The mailing wrapper containing the Notice had a Chase Auto return address and the notation "Important: Legal Notice Enclosed."

2

Signed and sworn under the penalties of perjury this 10 day of August, 2006.

_____
William F. Murphy

Jill Silvestro
Notary Public - State of New York
No. 01SI4962112
Qualified in Suffolk County
My Commission Expires Feb. 12, 2010

3