UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI B. GANS, individually and on behalf of a class of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE FINANCE CORP. and MANUFACTURERS HANOVER LEASING INTERNATIONAL CORPORATION, as successor by merger to CHASE MANHATTAN SERVICE CORPORATION,<br><br>Defendants. | C.A. No.: 04-10595-RGS |

## FINAL JUDGMENT
(pursuant to Fed. R. Civ. P. 58(a))

This action came on before the Court, Richard G. Stearns, U.S. District Judge, presiding, and in accordance with the provisions of the Final Order Approving The Class Action Settlement and Final Judgment dated September 1, 2006 ("Final Order"),

It is **ORDERED and ADJUDGED**:

That the Complaint of the Plaintiff, Lori B. Gans and the Settlement Class, as defined in the Final Order, be and hereby is **DISMISSED** with prejudice against the Defendants Chase Manhattan Automotive Finance Corp. and Manufacturers Hanover Leasing International Corporations, as successor by merger to Chase Manhattan Service Corporation.

Dated at Boston, Massachusetts this _5th__ day of __September_____, 2006

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY: Mary H. Johnson
Deputy Clerk